UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SILVAS, | Case No. 1:19-cv-01186-JDP |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ECF No. 3 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Jeffrey Silvas proceeds in this Social Security appeal represented by counsel. Silvas moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 3. Silvas has submitted a declaration regarding his financial circumstances. *Id*. The court finds that this declaration satisfies the requirements under § 1915. The court will therefore grant Silvas's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

   i. The clerk must issue summons.

   ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

   iii. Plaintiff must assist the marshal upon request.

1

iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:     October 31, 2019                              _____
                                                         UNITED STATES MAGISTRATE JUDGE

No. 205