UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY SILVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:19-cv-1186-HBK (SS)<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION |

    This matter comes before the court upon initial review of the file which was reassigned to the undersigned. *See* Doc. No. 12. Plaintiff initiated this action on August 28, 2019 and was permitted to proceed *in forma pauperis*. Doc. Nos. 1, 4. On October 31, 2019, the Clerk issued summons and the court issued a Scheduling Order. Doc. Nos. 5, 6.

    The Commissioner filed the Certified Administrative Record on June 18, 2020. Doc. No. 11. Plaintiff has not complied with the briefing schedule set forth in the October 31, 2019 Scheduling Order, has not filed a stipulation indicating the parties agreed to extend those deadlines, nor requested leave to extend those deadlines. *See* Doc. No. 6 at 2, ¶ 2 (setting forth briefing deadlines). The time within which Plaintiff was required to file an opening brief has expired. *Ibid*. Plaintiff was duly warned that his failure to timely comply with the Court's Scheduling Order could result in sanctions, including dismissal of this action. *Id*., ¶7; *see also* Local Rule 110.

Accordingly, it is **ORDERED**:

1. Within fourteen (14) days from the date on this Order, Plaintiff shall file his opening brief or otherwise provide notice to the court as to the status of the case by, *inter alia*: (a) moving for an enlargement of time and showing good cause and excusable neglect for failing to comply with the briefing deadlines set forth in the October 31, 2019 Scheduling Order; (b) advising whether Plaintiff wishes to voluntary dismiss this case (and, if so, Plaintiff shall file a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41); or (c) taking such other action as the Plaintiff deems appropriate.

2. Failure to timely comply with this Order may result in the dismissal of the case without further notice.

IT IS SO ORDERED.

Dated:   March 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE